In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00069-CV
_____

MILLET HARRISON JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 94-66306

**ORDER**

Appellant filed a motion to recuse Justice David Gaultney on June 17, 2013.

I certify the matter to the entire court for decision. *See* Tex. R. App. P. 16.3(b).

ORDER ENTERED June 20, 2013.

_____
DAVID GAULTNEY
Justice

1